UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**STATE OF LOUISIANA**

**VERSUS**

**ASTRAZENECA AB, ET AL.**

**CIVIL ACTION**

**NO. 15-274-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 11, 2015, to which an objection was filed:

**IT IS ORDERED** that the Motion to Remand is GRANTED, and that the instant action is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on <u>October 5, 2015</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**